# NO. 12-15-00141-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MORRISON SUPPLY COMPANY, LLC AND PATRIOT SUPPLY HOLDINGS, INC.,*<br>*APPELLANTS* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *SCOTT HILBURN AND MIKE ANTHONY,*<br>*APPELLEES* | § | *SMITH COUNTY, TEXAS* |

---

### MEMORANDUM OPINION
### PER CURIAM

The parties have filed a joint motion to dismiss this appeal. They inform the court that they have reached an agreement resolving all issues in the appeal and the trial court has entered a final judgment based on that agreement. After reviewing the parties' motion, the court is of the opinion that it should be granted. Accordingly, the joint motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a). Pursuant to the parties' agreement, costs of the appeal are assessed against the party incurring them.

Opinion delivered November 12, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 12, 2015**

**NO. 12-15-00141-CV**

**MORRISON SUPPLY COMPANY, LLC
AND PATRIOT SUPPLY HOLDINGS, INC.,**
Appellants
V.
**SCOTT HILBURN AND MIKE ANTHONY,**
Appellees

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 15-0792-A)

THIS CAUSE came on to be heard on the joint motion of the Appellants and the Appellees to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs of this appeal are assessed against the party incurring them.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*